NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Chris J. Zhen (State Bar No. 275575)
Telephone: (213) 935-0715
Hogan Ganschow (State Bar No. 256137)
Telephone: (805) 664-1222
Zhen Law Firm
5670 Wilshire Blvd #1800
Los Angeles, CA 90036

ATTORNEY(S) FOR: Plaintiff Rachel Yates

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Rachel Yates | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:21-cv-7519 |
| v. | |
| Walmart Inc.; and DOES 1-10 | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Rachel Yates or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Rachel Yates | Plaintiff |
| Walmart Inc. | Defendant |

September 20, 2021
Date

/s/ Chris J. Zhen
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Rachel Yates