Chris J. Zhen (State Bar No. 275575)
chris.zhen@zhenlawfirm.com
Telephone: (213) 935-0715
Hogan Ganschow (State Bar No. 256137)
hogan.ganschow@zhenlawfirm.com
Telephone: (805) 664-1222
ZHEN LAW FIRM
5670 Wilshire Blvd #1800
Los Angeles, CA 90036

*Attorneys for Plaintiff Rachel Yates*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| RACHEL YATES,<br><br>Plaintiff,<br><br>vs.<br><br>Walmart Inc.; and DOES 1-10,<br><br>Defendants. | Case No.: 2:21-cv-07519-CJC-RAO<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Cormac J. Carney<br><br>Complaint Filed: Sept. 20, 2021 |

Plaintiff Rachel Yates ("Plaintiff"), by and through her counsel, moves this Court for leave to file its proposed First Amended Complaint (FAC) pursuant to Fed. R. Civ. P. 15(a)(2). In support of this motion, Plaintiff states as follows:

1. Good cause exists to grant this motion. Among other things, Plaintiff has advanced this case by deleting allegations relating to claim 1 and indirect infringement in the asserted patent in the First Amended Complaint (FAC), which

has been attached hereto as Exhibit A. A redline version of the FAC showing all additions and deletions is attached hereto as Exhibit B.

2. Pursuant to Fed. R. Civ. P. 15(a)(2), "a party may amend its pleading with the opposing party's written consent or the court's leave." Plaintiff met and conferred with Defendant, and Defendant does not oppose this motion.

3. The U.S. Court of Appeals for the Ninth Circuit has stated that "[R]ule 15's policy of favoring amendments should be applied with 'extreme liberality.'" *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 186 (9th Cir. 1987) (quoting *U.S. v. Webb*, 655 F.2d 977, 979 (9th Cir. 1981)).

4. For the foregoing reasons, Plaintiff requests entry of the FAC.

Respectfully Submitted,

Dated: December 13, 2021

ZHEN LAW FIRM

By: *\/Chris J. Zhen/*
Chris J. Zhen
Attorneys for Plaintiff RACHEL YATES

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 13th day of December, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system. Any other counsel of record will be served by a facsimile transmission, first class mail, and/or electronic mail.

By: *__/Chris J. Zhen/________*