# EXHIBIT B1

















# EXHIBIT B2

Pets / Dogs / Dog Collars, Leashes & Harnesses / Vibrant Life Collars, Harnesses & Leashes

Vibrant Life

# Vibrant Life Patterned Step-In Dog Harness, Strategy Camo, Medium 14-20 in

★★★☆☆ (3.8) 86 reviews

$12.40

Add to cart

Size: Medium, 14-20 in

Small, 8-14 in

Medium, 14-20 in
$12.40

Large, 22-36 in
$14.96

Actual Color: Brown Camo





Pickup at Burbank Supercenter

Aisle A27

Shipping, arrives by Tue, Dec 14 to Los Angeles, 90026
Want it faster? Add an address to see options



# EXHIBIT B3

Pets / Dogs / Dog Collars, Leashes & Harnesses / Vibrant Life Collars, Harnesses & Leashes

Vibrant Life

# Vibrant Life Patterned Step-In Dog Harness, Strategy Teal Camo, Large 22-36 in

★★★★☆ (3.8) 86 reviews

**$14.97**

Add to cart

Size: Large, 22-36 in

- Small, 8-14 in — $12.30
- Medium, 14-20 in — $12.30
- Large, 22-36 in — $14.97

Actual Color: Teal

Pickup at Burbank Supercenter
Aisle A27

Add to registry
Add to list



### Similar items you might like
Based on what customers bought

# EXHIBIT B4

Pets / Dogs / Dog Collars, Leashes & Harnesses / Vibrant Life Collars, Harnesses & Leashes

Vibrant Life

## Vibrant Life Comfort Padded Step-In Dog Harness, Gray/Blue Striped, Large(22-36 in)

★★★★☆ (3.8) 86 reviews

**$11.30**

[Add to cart]

- Pickup at Burbank Supercenter
- Aisle A27
- Shipping, **arrives by Tue, Dec 14** to Los Angeles, 90026
  Want it faster? Add an address to see options
- Free 90-day returns  Details

Add to list     Add to registry.

**Walmart+** Get free delivery, shipping and more*
*Restrictions apply  Start your free trial



# EXHIBIT B5













# EXHIBIT B6

Walmart

Burbank Supercenter | Los Angeles, 90026

Departments  Services  Search everything at Walmart online and in store  Reorder My Items  Sign In Account  $0.00

Pets / Dogs / Dog Collars, Leashes & Harnesses / Vibrant Life Collars, Harnesses & Leashes

Vibrant Life

# Vibrant Life Comfort Padded Step-In Dog Harness, Purple, 22-36 in

★★★★☆ (4.0) 143 reviews

**$14.87**

Add to cart

**Size:** Large, 22-36 in

| L | Medium, 14-20 in $12.30 |
| Large, 22-36 in $14.87 | X-Large, 32-42 in |

**Actual Color:** Purple

Pickup at Burbank Supercenter

Aisle A27

Shipping, **arrives by Tue, Dec 14** to Los Angeles, 90026

**Want it faster?** Add an address to see options

Free 90-day returns  Details













## Similar items you might like
Based on what customers bought

# EXHIBIT B7

