1
2
3
4
5
6
7
8
9
10
11

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| 12 RACHEL YATES,<br>13          Plaintiff,<br>14 vs.<br>15<br>16 Walmart Inc.; and DOES 1-10,<br>17          Defendants. | Case No.: 2:21-cv-07519-CJC-RAO<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

19  The Court, having considered the Unopposed Motion for Leave to File First
20 Amended Complaint, finds good cause to grant said motion and accepts the filing
21 of Plaintiff's First Amended Complaint for Patent Infringement.
22  **IT IS SO ORDERED.**
23

24 Dated: December __, 2021      _____
25                                                          Hon. Cormac J. Carney
26                                                          United States District Judge
27
28

[PROPOSED] ORDER
-1-