# EXHIBIT B1

Burbank Supercenter | Los Angeles, 90026

Pets / Dogs / Dog Collars, Leashes & Harnesses / All Dog Collars & Leashes

Clearance

Blue Frog

**Blue Frog 1X Track N Guard GPS Message Ready & Built-In I.D. Tag Dog Harness (Easy Step-In, Fashionable Double 2MM Reflective Stitch Design), Turquoise, Medium**

★★★☆☆ (3.6) 14 reviews

**$8.85** $16.90 ⓘ

**Add to cart**

Size: M

| S | M | L |
| $13.99 | $8.85 | $9.92 |

Actual Color: Turquoise

  



    

# EXHIBIT B2

Walmart ✦

⌂ Burbank Supercenter | ⊙ Los Angeles, 90026

⊞ Departments    ⬚ Services    Search everything at Walmart online and in store    🔍    ↻ Reorder / My Items    Sign In & Account

Pets / Dogs / Dog Collars, Leashes & Harnesses / Vibrant Life Collars, Harnesses & Leashes

Vibrant Life

## Vibrant Life Patterned Step-In Dog Harness, Strategy Camo, Medium 14-20 in

★★★★☆ (3.8) 86 reviews

### $12.40

**Add to cart**

**Size:** Medium, 14-20 in

| Small, 8-14 in | Medium, 14-20 in $12.40 |
|---|---|
| Large, 22-36 in $14.96 | |

**Actual Color:** Brown Camo











⌂ Pickup at Burbank Supercenter

⊙ Aisle A27

🚚 Shipping, **arrives by Tue, Dec 14** to Los Angeles, 90026
**Want it faster?** Add an address to see options





## Similar items you might like

Based on what customers bought

(>)

# EXHIBIT B3

Walmart ·¦· | (⌂ Burbank Supercenter) | ⊙ Los Angeles, 90026    ⊞ Departments   88 Services    Search everything at Walmart online and in store    ⌕ ↵ Reorder My Items    Sign in Account    🛒 $0.00

Pets / Dogs / Dog Collars, Leashes & Harnesses / Vibrant Life Collars, Harnesses & Leashes









Vibrant Life

## Vibrant Life Patterned Step-In Dog Harness, Strategy Teal Camo, Large 22-36 in

★★★★☆ (3.8) 86 reviews

### $14.97

**Add to cart**

**Size:** Large, 22-36 in

| Small, 8-14 in | Large, 22-36 in $14.97 | Medium, 14-20 in $12.30 |

**Actual Color:** Teal



🖨 Pickup at Burbank Supercenter

⊙ Aisle A27

🗒 Add to list        🎁 Add to registry




## Similar items you might like
Based on what customers bought



⟨›⟩

# EXHIBIT B4



Walmart

Departments   88 Services   |   ⊙ Los Angeles, 90026

⌂ Burbank Supercenter

Search everything at Walmart online and in store

⊙ Reorder My Items   |   ⓁⱠ Reorder My Items   Sign In Account

Pets / Dogs / Dog Collars, Leashes & Harnesses / Vibrant Life Collars, Harnesses & Leashes

Vibrant Life

## Vibrant Life Comfort Padded Step-In Dog Harness, Gray/Blue Striped, Large(22-36 in)

★★★★☆ (3.8) 86 reviews

### $11.30

**Add to cart**

🗋 Pickup at Burbank Supercenter

⊙ Aisle A27

🚙 Shipping, **arrives by Tue, Dec 14** to Los Angeles, 90026
Want it faster? Add an address to see options

🔁 Free 90-day returns  Details

▤ Add to list   🎁 Add to registry

Walmart+   **Get free delivery, shipping and more***
*Restrictions apply  Start your free trial



    

# EXHIBIT B5

Walmart

Burbank Supercenter | Los Angeles, 90026

Departments  Services

Search everything at Walmart online and in store

Reorder My Items

Sign In Account

Pets / Dogs / Dog Collars, Leashes & Harnesses / Vibrant Life Collars, Harnesses & Leashes

Popular pick  for "dog harness"

Vibrant Life

**Vibrant Life Solid Polyester Step-In Dog Harness, Black 8-14 in**

★★★☆☆ (3.7) 319 reviews

**$5.97**

Add to cart

Size: Small, 8-14 in

| Medium, 14-20 in $7.53 | Small, 8-14 in $5.97 | Large, 22-36 in $9.96 |

Actual Color: Black



Pickup at Burbank Supercenter

Aisle A27










# EXHIBIT B6



Search everything at Walmart online and in store

Sign In
Account

Reorder
My Items

Services

Departments | Los Angeles, 90026

Walmart

Burbank Supercenter | Los Angeles, 90026

Pets / Dogs / Dog Collars, Leashes & Harnesses / Vibrant Life Collars, Harnesses & Leashes

Vibrant Life
**Vibrant Life Comfort Padded Step-In Dog Harness, Purple, 22-36 in**
★★★★☆ (4.0) 43 reviews

**$14.87**

Add to cart

**Size:** Large, 22-36 in

| L | Medium, 14-20 in $12.30 |
|---|---|
| **Large, 22-36 in $14.87** | X-Large, 32-42 in |

**Actual Color:** Purple



Pickup at Burbank Supercenter

Aisle A27

Shipping, **arrives by Tue, Dec 14** to Los Angeles, 90026
Want it faster? Add an address to see options

Free 90-day returns Details





**Similar items you might like**
Based on what customers bought




# EXHIBIT B7



Walmart ⚡  ☰ Departments  88 Services    Search everything at Walmart online and in store  🔍    ⤓ Reorder My Items   △ Sign In Account  🛒 $0.00

🏠 Burbank Supercenter | ⊙ Los Angeles, 90026

Pets / Dogs / Dog Collars, Leashes & Harnesses / Vibrant Life Collars, Harnesses & Leashes



Vibrant Life

## Vibrant Life Solid Polyester Step-In Dog Harness, Blue, 8-14 in

★★★★☆ (3.7) 319 reviews

## $5.97

**Add to cart**

Size: Small, 8-14 in

| Small, 8-14 in $5.97 | Medium, 14-20 in $7.58 |

| Large, 22-36 in $9.96 |

Actual Color: Blue

      

🏠 Pickup at Burbank Supercenter

⊙ Aisle A27

🚚 Shipping, **arrives by Tue, Dec 14** to Los Angeles, 90026
Want it faster? Add an address to see options

🔄 Free 90-day returns Details

## Similar items you might like

Based on what customers bought