Antoinette P. Hewitt (SBN 181099)
Antoinette.Hewitt@kutakrock.com
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, California 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394

Attorneys for Defendant WALMART INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RACHEL YATES,<br><br>Plaintiff(s),<br><br>v.<br>WALMART INC.; and DOES 1-10,<br><br>Defendant(s), | CASE NUMBER<br>2:21-cv-07519 JAK(GJSx)<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* ***ELECTRONIC SIGNATURES ARE NOT ACCEPTED.*** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* ***Out-of-state federal government attorneys are not required to pay the $500 fee.*** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Cotter, John A.
*Applicant's Name (Last Name, First Name & Middle Initial)* — *check here if federal government attorney* ☐

Larkin Hoffman Daly & Lindgren, Ltd.
*Firm/Agency Name*

| | | |
|---|---|---|
| 8300 Norman Center Drive<br>Suite 1000 | 952-896-3340 | 952-896-3333 |
| *Street Address* | *Telephone Number* | *Fax Number* |
| Bloomington, Minnesota 55437 | jcotter@larkinhoffman.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

Walmart Inc. — ☐ *Plaintiff(s)* x *Defendant(s)* ☐ *Other:* ______

______ — ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* ______

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Supreme Court of Minnesota | 10/30/1981 | Yes |
| Supreme Court of Wisconsin | 5/18/1981 | Yes |



American LegalNet, Inc.
www.FormsWorkFlow.com

| | | |
|---|---|---|
| USDC, Western District of Wisconsin | 1989 | Yes |
| USDC, District of Minnesota | 1982 | Yes |
| USDC, Northern District of Illinois | 1996 | Yes |
| USDC, Eastern District of Wisconsin | 1996 | Yes |
| USCoA, Eighth Circuit | 1991 | Yes |
| USCoA, Fifth Circuit | 1998 | Yes |
| USCoA, Federal Circuit | 2016 | Yes |
| USDC, Connecticut | 2021 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| n/a | n/a | n/a | n/a |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Not applicable.



American LegalNet, Inc.
www.FormsWorkFlow.com

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 12/17/2021

John A. Cotter
*Applicant's Name (please type or print)*

[signature]
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Hewitt, Antoinette P.
*Designee's Name (Last Name, First Name & Middle Initial)*

Kutak Rock LLP
*Firm/Agency Name*

5 Park Plaza
Suite 1500
*Street Address*

Irvine, California 92614-8595
*City, State, Zip Code*

949-417-0999
*Telephone Number*

949-417-5394
*Fax Number*

Antoinette.Hewitt@kutakrock.com
*Email Address*

181099
*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated 12/20/2021

Antoinette P. Hewitt
*Designee's Name (please type or print)*

[signature]
*Designee's Signature*



American LegalNet, Inc.
www.FormsWorkFlow.com

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

4880-3066-0869, v. 1



American LegalNet, Inc.
www.FormsWorkFlow.com

# WISCONSIN SUPREME COURT

OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

Sheila T. Reiff
Clerk

## *CERTIFICATE OF GOOD STANDING*

*I, Sheila T. Reiff, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

*JOHN A. COTTER*

*was admitted to practice as an attorney within this state on May 18, 1981 and is presently in good standing in this court.*

*Dated: December 6, 2021*

*SHEILA T. REIFF*
*Clerk of Supreme Court*

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

JOHN A COTTER

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 30, 1981

Given under my hand and seal of this court on

December 03, 2021

Emily J. Eschweiler, Director
Office of Lawyer Registration